UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ITSCHAK MADAR, on behalf of himself and all others similarly situated,<br><br>     Plaintiffs,<br><br>    -against-<br><br>NATIONS RECOVERY CENTER, INC.,<br><br>     Defendant. | Case No.  1:18-cv-03257-ENV-SJB<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:  Brooklyn, New York
    August 13, 2018

By: /s/ Daniel Louro
Daniel Louro, Esq.
Cohen & Mizrahi LLP.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
(917) 299-6612
Fax: (718) 425-8954
Dlouro@cml.legal
*Attorney for Plaintiff*

By: /s/ Arthur Sanders
Arthur Sanders, Esq.
Barron & Newburger, PC
30 South Main Street
New City, New York 10956
(845) 499-2990
Alt: (512) 476-9103, x-247
asanders@bn-lawyers.com
*Attorney for Defendant*

So ordered.

s/ ENV

U.SDJ
8/15/18